IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:03CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| TIMOTHY S. DEGARMO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's oral motion for release of bond which was sustained during the trial held Friday, May 20, 2005 (see filing 124).

IT IS ORDERED:

1. The bond in the amount of $500.00 shall be returned to the payee, Michael J. Degarmo, Sr., at 5835 Leighton Avenue, Lincoln, NE 68507.

DATED this <u>13th</u> day of June, 2005.

BY THE COURT:

s/ Warren K. Urbom

United States Senior District Judge