IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03cr3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 28 U.S.C. § 2255 |
| | ) | |
| TIMOTHY S. DEGARMO, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney is notified of the filing on May 22, 2007, of a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, filing 175. The United States shall have until July 2, 2007, in which to respond.

Dated May 23, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

-1-