IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON MOTION TO CONTINUE |
| v. | ) | MOTION TO VACATE SENTENCE DUE |
| | ) | TO PROSECUTORIAL MISCONDUCT |
| TIMOTHY S. DEGARMO, | ) | AND REQUEST FOR EVIDENTIARY |
| | ) | HEARING TO HAVE DEFENDANT |
| Defendant. | ) | ATTEND HEARING |
| | ) | |

    IT IS ORDERED that the Motion to Continue Motion to Vacate Sentence Due to Prosecutorial Misconduct and Request for Evidentiary Hearing to have Defendant Attend Hearing, filing 189, is granted and the evidentiary hearing is continued to February 13, 2008, at 12:15 p.m.

    Dated December 28, 2007.

                                    BY THE COURT

                                    s/ Warren K. Urbom
                                    United States Senior District Judge