```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )        4:03CR3100
                               )
      V.                       )
                               )
TIMOTHY DEGARMO,               )        ORDER
                               )
           Defendant.          )
                               )
```

The motion to substitute Susan T. Lehr, and replace William W. Mickle III and David W. Stempson, as counsel for the government in this case, filing 188, is granted.

DATED this 28th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge