IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION TO CONTINUE |
| | ) | MOTION TO VACATE SENTENCE DUE |
| TIMOTHY S. DEGARMO, | ) | TO PROSECUTORIAL MISCONDUCT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Motion to Continue Motion to Vacate Sentence Due to Prosecutorial Misconduct, filing 192, is granted;

2. the hearing on the claims that (1) the defendant was the subject of prosecutorial vindictiveness and (2) that the defense counsel's failure to raise a prosecutorial vindictiveness claim amounted to ineffective assistance of counsel shall be continued until March 11, 2008, at 10:00 a..m.; and

3. the U.S. Marshal shall have the defendant present for the hearing.

Dated February 6, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge