IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3100 |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY S. DEGARMO, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Memorandum of Decision on Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255,

**IT IS ORDERED** that judgment is entered for the United States of America and against the defendant, Timothy DeGarmo, and the defendant's motions to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, filings 175 and 186, are denied.

Dated March 17, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge