IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:03CR3100 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ON MOTION FOR EXTENSION |
| ) | AND REQUEST FOR TRANSCRIPT FOR |
| TIMOTHY S. DEGARMO, ) | INDIGENT DEFENDANT |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED that:

1. the Motion for Extension, filing 207, is granted and the due date for the filing of an appeal motion is extended to June 6, 2008; and

2. the Request for Transcript for Indigent Defendant, filing 208, is granted and a transcript of the hearing of March 11, 2008, shall be prepared and a copy shall be provided at government's expense to the defendant's counsel.

Dated May 14, 2008.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge