IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:03CR3100 |
| ) | |
| v. ) | |
| ) | |
| TIMOTHY S. DEGARMO, ) | ORDER ON MOTION TO REQUEST |
| ) | INTERIM FEES |
| Defendant. ) | |
| ) | |

    For the reasons expressed by Theresa M. Siglar, previously court-appointed counsel for the defendant,

    IT IS ORDERED that the Motion to Request Interim Fees, filing 214, is granted.

    Dated September 22, 2008.

                                        BY THE COURT

                                        s/ Warren K. Urbom
                                        United States Senior District Judge