IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:03CR3100 |
| V. | ) | |
| TIMOTHY S. DEGARMO, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that filing 234, treated as a motion for the appointment of counsel, is denied.

DATED this 5th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge