IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3100 |
| | ) | |
| V. | ) | |
| | ) | |
| TIMOTHY S. DEGARMO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the defendant's motion for status and for copies (filing 236) is granted in part and denied in part. In response to the defendant's inquiry on the status of his request for appointment of counsel, the Clerk of Court shall send a copy of my order dated September 5, 2013 (filing 235) to the defendant. The defendant's request for copies of the presentence investigation report and sentencing recommendation is denied.

    DATED this 18th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge