IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 4:03CR3100 |
| v. | ) | |
| TIMOTHY S. DEGARMO, | ) | ORDER |
| Defendant. | ) | |

I have received a motion under the First Step Act from the defendant. With that in mind,

IT IS ORDERED that:

(1) The Federal Public Defender is appointed to represent Timothy S. DeGarmo.

(2) The Clerk shall provide Federal Public Defender David Stickman, Supervisory AUSA John Higgins and Supervisory USPO Kelly Nelson with a copy of this order and the defendant's motion.

(3) Mr. Nelson, or the person to whom he delegates the obligation, shall submit and file in the court file: (A) a Worksheet or (B) such other response as may be appropriate.

(4) No later than August 19, 2019, counsel for the government and counsel for the defendant shall advise me regarding their positions respecting the motion.

(5) The Clerk shall mail a copy of this order to the defendant at his last known address.

DATED this 29th day of August, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge