IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:03-CR-3100 |
| vs. | ORDER |
| TIMOTHY S. DEGARMO, | |
| Defendant. | |

This matter is before the Court on the defendant's "Request for Copies" (filing 252), asking for a free copy of his docket sheet. But the defendant does not have the right to receive copies without payment, even if he is indigent (which, the Court notes, he neither alleged nor proved). *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). And the defendant's motion does not explain why he needs the copies. The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page. The docket sheet of 16 pages results in a total cost of $8.00, which must be prepaid when the copies are requested.

IT IS ORDERED that the defendant's request for copies (filing 252) is denied.

Dated this 21st day of November, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge